✓ FILED ___ RECEIVED 1
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
APR 10 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

ORIGINAL

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

**John Cesario**

**David Preka**

*Plaintiffs*

*vs.*

**Vistagen Therapeutics Inc.**

**Shawn K. Singh**

**John S. Saxe**

**Jerry Gin**

**Mary L. Rotundo**

**Ann Cunningham**

**Maggie Fitzpatrick**

**JoAnne Curley**

**Mark McPartland**

**Mark Flather**

**Ralph Snodgrass**

**Michael Liebowitz**

**Louis Monti**

**Joshua Prince**

*Defendants*

2:26-cv-01128-RFB-MDC

Case No.:

Judge:

Courtroom:

**Jury Demand Requested**

## VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

Plaintiffs, Cesario and Preka ("Plaintiffs"), are longtime shareholders of Vistagen Therapeutics, Inc. ("Vistagen"). They submit this Verified Shareholder Derivative Complaint against the above-referenced Board of Directors, Board of Advisors, and Executive Management Team of Vistagen ("the collective Defendants"). By virtue of their positions, the collective defendants had knowledge of all the allegations set forth in this complaint.

Vistagen, a biotech with no revenues. Vustagen has an operating deficit approaching $400 million. Vistagen's massive operating losses were funded by public stock offerings. The majority of stock offerings were sold to investment banks that pumped up Vistagen's stock price, followed by those investment banks dumping their Vistagen holdings on the general public. Vistagen's multi-year fraud scheme began in September of 2019 when they issued an intentionally misleading press release stating that they acquired the license for a drug compound called "fasendiel," referred to as PH94B, to treat social anxiety disorder. In December of 2019, Vistagen's stock price collapsed nearly 90% to $0.14 after its flagship drug failed. Vistagen CEO Shawn Singh took approximately **$4.5 million in compensation and bonuses in 2019 based on Vistagen's misleading statements regarding PH94B.**

## PARTIES

### I. NATURE OF THE ACTION

1. This is a shareholder derivative action brought on behalf of Vistagen to redress federal and state securities law violations, breaches of fiduciary duty, common law fraud, deceit, and criminal acts committed by the defendants from September 2018 to the present (the "Relevant Period").

   See *VistaGen Therapeutics Acquires Worldwide License of Phase 3-Ready CNS Drug Candidate from Pherin Pharmaceuticals for* As-Needed Treatment of Social Anxiety Disorder | Vistagen Therapeutics, Inc

2. Defendants orchestrated a multi-year fraud on the market scheme by (a) unlawfully concealing material negative facts regarding Phase 2 trials of their drug candidate, called PH94B, (b) disseminating materially false facts and material omissions in Form 8-K filings, press releases, prospectuses, and presentations filed with the SEC; and (c) executing an unlawful "pump and dump" scheme that defrauded the public out of over $1 billion.

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. § 1331 (Federal Question) and Section 27 of the Exchange Act. Supplemental jurisdiction exists over state law claims under 28 U.S.C. § 1367. Claims against the Defendants include violations of the Exchange Act, common law fraud, constructive fraud, deceit, and violations of fiduciary duties.
4. The Plaintiffs are not Nevada or California residents and claim diversity.
5. The venue is proper in the District of Nevada, as Vistagen is a Nevada corporation. Vistagen's business operates out of California.

## III. PARTIES

### Plaintiffs

A. **John Cesario** ("Cesario") is a Connecticut resident and a longstanding shareholder in Vistagen. Cesario and Preka were at all relevant times shareholders of Vistagen.

B. **David Preka** ("Preka") is a Connecticut resident and a longstanding shareholder in Vistagen

### Defendants

C .**Shawn K. Singh** ("Singh" ) is Vistagen's long-standing CEO. He is also a long-standing member of Vistagen's Board of Directors.

D. **John S. Saxe** ("Saxe") is a long-standing member of Vistagen's Board of Directors. Saxe's bio states that he "served as Chair of our Board of Directors from 2000 until October 2023, and he is the current Chairman." Saxe is a member of the Audit Committee.

E. **Jerry Gin** ("Gin") is a former long-standing member of Vistagen's Board of Directors. Gin is a member of the Audit Committee.

F. **Mary L. Rotundo** ("Rotundo") serves on Vistagen's Board of Directors, appointed in 2021. Rotundo is an attorney and is a member of the Audit Committee

G. **Ann Cunningham** ("Cunningham") serves on Vistagen's Board of Directors and was appointed in 2019. Cunningham's bio states that Cunningham brings over 25 years of commercial experience in the pharmaceutical industry.

H. **Maggie Fitzpatrick** ("Fitzpatrick") is a Vistagen Board of Directors member appointed in 2021. Fitzpatrick sits on the corporate governance committee.

I. **JoAnne Curley** ("Curley") is a member of the Vistagen Board of Directors who was appointed in 2021. Curley sits on the corporate governance committee.

J. **Mark McPartland** ("McPartland") joined Vistagen in September 2016 as the Senior Vice President of Investor Relations. Mr. McPartland has over 28 years of experience in corporate development, investor relations, and capital markets, working with private and public biotechnology, healthcare, and technology companies.

K. **Mark Flather** ("Flather") served as Senior Vice President of Corporate Strategy and Capital Markets. Mr. Flather has more than 25 years of capital markets experience in various capacities on both the buy-side and sell-side before joining Vistagen in March 2021.

L. **Ralph Snodgrass** ("Snodgrass") was the founder of Vistagen and remained as Vistagen's president until 2022, when he purportedly was fired.

M. **Michael Liebowitz** ("Liebowitz") is on Vistagen's Board of Advisors and was the primary investigator on all PH94B trials.

N. **Louis Monti** ("Monti") joined Vistagen as a senior vice president and is the chief medical officer. Prior to joining Vistagen, Monti served in multiple leadership roles at Pherin Pharmaceuticals since its founding in 1991, including President and CEO from July 2018 through November 2020.

O. **Joshua Prince** (Prince) has served as an executive at Vistagen since 2021 and is currently the Chief Operating Officer

P. **Nominal Defendant:** Vistagen Therapeutics, Inc. is a Nevada corporation.

## IV. STATEMENT OF FACTS

### The Initial Fraud: PH94B (2018–2023)

6. As noted above, the beginning in September 2018, Vistagen initiated a fraudulent scheme, claiming the Phase 2 trial of PH94B for Social Anxiety Disorder (licenses that were acquired from Pherin Pharmaceuticals) and Pilot Phase 3 trials were successful.

7. **Material Omission:** Defendants failed to disclose that ClinicalTrials.gov rejected the publication of these results following a quality control (QC) review. To ensure transparency and accessibility of clinical trial data, federal law mandates the posting of trial results on clinicaltrials.gov.

- Title VIII of the Food and Drug Administration Amendments Act of 2007 (FDAAA)

8. **Material Deception:** Defendants failed to disclose that clinicaltrials.gov rejected publishing the trials after a quality control review. The defendants also failed to disclose that the trials were

done as long as 8 years prior, conducted primarily in Mexico, and were disseminated to the public through press releases, quarterly and annual reports, prospectuses, and corporate presentations filed with the Securities and Exchange Commission ("SEC").

Federal law requires that ALL clinical trials be registered with clinicaltrials.gov and that the results be published. As noted, the PH94B Phase 2 trial was rejected for publication on clinicaltrials.gov after a quality-control review. Failing a quality control review is material and a serious red flag regarding the trial's competency.

9. In December 2018, following the failure of flagship drug AV-101, Vistagen's stock collapsed to $0.15. Plaintiff alleges the September PH94B announcement was a "placeholder" fraud to mitigate the known impending failure of AV-101. See

> *VistaGen Therapeutics Acquires Worldwide License of Phase 3-Ready CNS Drug Candidate from Pherin Pharmaceuticals for As-Needed Treatment of Social Anxiety Disorder | Vistagen Therapeutics, Inc*

## The Pilot Phase 3 Deception (2010–2023)

10. In April 2020, Defendants claimed a "successful" Phase 3 pilot for PH94B. They again concealed that the trial was six years old, consisted of only 22 participants, and was rejected by ClinicalTrials.gov for failing QC standards.

11. Based on these misleading statements, the company raised $125 million through three separate stock offerings.

## The PALISADE Failures and COVID-19 Recklessness

12. In 2021, Vistagen initiated the **PALISADE-1** and **PALISADE-2** Phase 3 trials based on their claims that the Phase 2 trials were successful. The Defendants stated that the trial design was virtually identical to the Phase 2 trial design despite the drug being administered intranasally. Defendants recklessly commenced trials at the height of the COVID-19 pandemic, knowing that the virus affects the nasal passageways, thereby compromising data integrity.

13. **The Reckless COVID-19 Trial Design** The Defendants ignored basic biological science in the pursuit of profit. By conducting the PALISADE trials for an **intranasal** drug during the peak of a respiratory pandemic (COVID-19), the Board ensured the data would not be corrupted. They failed to disclose this risk to investors, leading the trial endpoints to fail as expected in July 2022.

14. Shortly before the Defendants announced that the PALISADE-1 trial failed, they realized that they needed to get the Phase 2 and Pilot Phase 3 trials published. They resubmitted the trials to clinicaltrials.gov, and they were again rejected following a quality control review.

**Results Submitted - Not Posted on ClinicalTrials.gov**

Results information has been submitted to ClinicalTrials.gov by the sponsor or investigator, but is not yet publicly available (or "posted") on ClinicalTrials.gov. The submitted information may not be available if it is pending Quality Control (QC) Review by the National Library of Medicine (NLM) or if issues identified during QC review are being addressed or corrected by the sponsor or investigator. NLM's limited QC review assesses for apparent errors, deficiencies, or inconsistencies. NLM staff do not verify the scientific validity or relevance of the submitted information.

Vistagen Resubmits the trial on April ,4th 2022 and it was rejected for Quality Control Reasons Again!

| Recruitment Status | Actual Primary Completion Date | Actual Study Completion Date |
|---|---|---|
| Completed | 2011-02 | 2011-03 |

| Submission Cycle | Results Submitted to ClinicalTrials.gov | Results Returned After Quality Control Review |
|---|---|---|
| 1 | 2015-12-29 | 2016-02-01 |
| 2 | 2019-08-27<br>(Canceled on 2019-08-27)<br>2022-04-04 | 2022-05-02 |

15. On July 22, 2022, Vistagen announced PALISADE-1 failed to reach its endpoint. Vistagen's stock price collapsed to $0.06. Vistage paused the second leg of the Phase 3 PH94B trial, PALISADE-2, pending a team of biostatisticians unblinding the trial and providing their recommendation on whether to proceed or cancel it.

16. On September 8, 2022, Vistagen issued a press release with the SEC DEFINITIVELY stating that they were going to continue with the Palisade-2 trial as designed based on the recommendation of the biostatisticians; however, Vistagen did not have the capital to finish the trial and never finished the clinical trial. See:

> *https://www.vistagen.com/news-releases/news-release-details/vistagen-proceed-palisade-2-phase-3-clinical-trial-ph94b-social*

## The July 2023 "Pump-and-Dump"

17. On July 7, 2023, Vistagen filed a fraudulent and misleading Form 8-K and press release with the SEC claiming PH94B was the *"first successful Phase 3 trial for social anxiety in 15 years."* This was a knowing, intentional sham against the investing public and Vistagen shareholders. Vistagen voluntarily terminated the trial and did not enroll the agreed-upon participants when the

FDA approved it. It was an interim trial. The FDA required Vistagen to redo both legs of the Phase 3 trials, named PALISADE-3 and PALISADE-4. PALISADE-3 failed. See;

*https://www.biospace.com/vistagen-announces-positive-top-line-results-from-phase-3-palisade-2-trial-of-fasedienol-ph94b-nasal-spray-in-social-anxiety-disorder*

18. On July 7, 2023, Vistagen's stock price surged from **$2.00 to $71.00 by 9:28 AM** in pre-market trading.

19. At 9:30 AM, Vistagen utilized **Jefferies Inc.** to "dump" stock into the inflated market, selling shares at prices as high as $25.00 to raise $38 million. Vistagen continued to dump shares, bringing them down to $5.00 over the next several days. Vistagen next issued a materially misleading prospectus and raised $100 million.

20. Senior VP Mark McPartland admitted to the plaintiffs that the company did not actually have the funds to complete the PALISADE-2 trial. and that the capital raise was the primary objective, noting they raised funds at over $7.50/share versus the pre-reverse split price of $0.06.

## V. DEMAND FUTILITY

21. Plaintiff has sent correspondence to the Board detailing these fraudulent acts, and the Board responded with demonstrably false statements.

20. No further demand is required as the directors are "interested parties" and participants in the underlying fraud, rendering them incapable of bringing an unbiased suit against themselves.
21. Plaintiff's **Exhibit A**—Singh's obscene salary and bonuses paid from 2019 to date, based on capital raises due to his fraudulent conduct, totaling $15 million.

## VI. CAUSES OF ACTION

**COUNT I: Intentional and Knowing Violations of Section 10(b) of the Exchange Act and Rule 10b-5 and California Fraud-Based Claims** (Against All Individual Defendants). Defendants knowingly disseminated material misrepresentations and/or knowingly participated in covering up the federal and state securities laws and fraud claims described in this complaint.

**COUNT II: Breach of Fiduciary Duty** (Against All Individual Defendants) Defendants breached their duties of loyalty and care by engaging in a pump-and-dump scheme and failing to maintain internal controls over regulatory reporting.

**COUNT III: Pump and Dump Scheme / Insider Trading / Unjust Enrichment** (Against Individual Defendants) From September 2018 through today, the Defendants profited from the sale of stock to the public while knowing they were defrauding the investing public by concealing the adverse material omissions regarding PH94B QC rejections by Clincaltrials.gov, the multitude of violations of federal and state securities laws through misleading statements, and the September 2023 criminal pump and dump scheme.

## VII. PRAYER FOR RELIEF

Plaintiff requests judgment:

- Awarding Vistagen compensatory damages for the Defendants' misconduct;
- Ordering the disgorgement of all salaries, bonuses, consulting fees, and stock awards and options earned by Defendants during the Relevant Period;
- Vistagen denies the defendants' indemnification in any and all lawsuits, as they knowingly participated in federal and state security laws, fraud, and criminal acts, and/or covered them up, in violation of the Vistagen Code of Conduct filed with the SEC.
    - *https://www.sec.gov/Archives/edgar/data/1411685/000141168525000041/ex141vtgncodeofbusinessc.htm*

Respectfully Submitted this 2nd Day Of September 2026

John Cesario Pro Se

15 Darrows Ridge

East Lyme, CT 06333

Phone - 860-333-4300

Johncesario9@gmail.com

David Preka Pro Se

298 Boston Post Road,

East Lyme, CT 06333

Phone - 860-365-9041

David@advimpllc.com

# Plaintiff's EXHIBIT A

## Singh's Obscene Compensation

**FULL YEAR 2018: $1,272,900 (Base: $424,597 + Cash Bonus $206,369 + Option Award $641,934)**

**FULL YEAR 2019: $951,115 (Base: $466,365 + Cash Bonus $110,305 + Option Award $374,445)**

**FULL YEAR 2020: $933,667 (Base: $498,000 + Option Award $435,667)**

**FULL YEAR 2021: $2,480,000 (Base: $650,000 + Cash Bonus $650,000 + Option Award $1,180,000)**

**FULL YEAR 2022: $1,183,000 (Base: $563,000 + Option Award $620,000)**

**FULL YEAR 2023: $2,477,432 (Base: $650,000 + Cash Bonus $276,000 + Stock Grant: $1,551,432)**

Additional Defendants in the Vistagen Derivative Lawsuit

Shawn K. Singh
John S. Saxe
Jerry Gin
Mary L. Rotundo
Ann Cunningham
Maggie Fitzpatrick
JoAnne Curley
Mark McPartland
Mark Flather
Ralph Snodgrass
Michael Liebowitz
Louis Monti
Joshua Prince